Calvin O'Neil JACKSON, Petitioner–Appellant,

v.

State of NEVADA; Brian Sandoval; Robert Legrand, Warden, Respondents–Appellees.

No. 09–17239.

United States Court of Appeals, Ninth Circuit.

Filed July 25, 2013.

Lori C. Teicher, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Petitioner–Appellant.

Jamie J. Resch, Esquire, Deputy Attorney General, Office of the Nevada Attorney General, Las Vegas, NV, for Respondents–Appellees.

Before ALFRED T. GOODWIN, STEPHEN REINHARDT, and MARY H. MURGUIA, Circuit Judges.

### ORDER

PER CURIAM:

In accordance with the Supreme Court's opinion of June 3, 2013 as well as the resulting judgment, the district court's denial of Jackson's habeas petition is

**AFFIRMED.**